06-418-M-01

# UNITED STATES DISTRICT COURT
FOR THE
# EASTERN DISTRICT OF VIRGINIA

RECEIVED
U.S. MARSHALS
2006 AUG 24 A 11:42
ALEXANDRIA

| UNITED STATES OF AMERICA vs. MULLER, DON — Defendant. | Violation Notice Number(s) | Violation Date(s) |
|---|---|---|
| | X0511907 EV88 | 03/20/2006 |
| | TRESPASSING/RESTRICTED AREA | |

FILED
SEP 28 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

# WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

- Collateral in the Amount of $ MANDATORY may be Forfeited in Lieu of Appearance.

Date August 8, 2006

*United States Magistrate Judge*
**THOMAS R. JONES, JR.**

RETURN

| RECEIVED | DATE 9-28-06 | LOCATION |
|---|---|---|

*EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT.*

| DATE 9-28-06 | LOCATION |
|---|---|

Name David Baldwin Title SDUSM District

Date 9-28-06 Signature David Baldwin



# UNITED STATES DEPARTMENT OF JUSTICE

UNITED STATES MARSHALS SERVICE **06-418-M-01**

## EASTERN DISTRICT OF VIRGINIA

| UNITED STATES OF AMERICA vs. | Violation Notice Number(s) | Violation Date(s) |
|---|---|---|
| **MULLER, DON** | **X0511907** **EV88** | **03/20/2006** |
| *Defendant.* | TRESPASSING/RESTRICTED AREA | |

FILED
SEP 2 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# • NOTICE BEFORE ARREST •

Please be advised that the United States Marshals Service has received a warrant issued by a United States Magistrate Judge for your arrest, based upon the above charges.

Pursuant to law, it is the responsibility of the United States Marshals Service to execute the warrant and to arrest and present you before the United States Magistrate Judge. Accordingly, this is a final notice that collateral in the amount of $ **MANDATORY** may be forfeited in lieu of your arrest by forwarding payment to the CLERK, U.S. DISTRICT COURT, in the enclosed self-addressed envelope.

If we have not received your remittance within ten (10) days from the date of this notice, you will be subject to arrest.

Your prompt attention to this matter would be appreciated.

Sincerely,

UNITED STATES MARSHAL

BY ______________________________
DEPUTY UNITED STATES MARSHAL

DATE OF NOTICE:
PHONE:

PLEASE BE SURE TO INCLUDE YOUR VIOLATION NOTICE NUMBER, DATE ISSUED AND REFERENCE TO PERSON FINE IS BEING PAID FOR IF OTHER THAN PAYER ON ALL CHECKS OR MONEY ORDERS

COPY II: U.S. MARSHALS SERVICE DISTRICT OFFICE SUSPENSE AND RECORD COPY

# United States District Court
## Violation Notice

CVB Location Code: EV-88

| Violation Number | Officer Name (Print) | Officer No |
|---|---|---|
| X u511907 | Hunter J | H-6699 |

X 0511907

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 03/20/2006 1300 | 32 CFR 234.6(B) |

Place of Offense: Pentagon Reservation Lane 58 Boundary Channel Drive

Offense Description: 32 CFR – 234.6(B) Disobeying Lawful order

Will prosecute
Probable cause stated
Charles Dhalik
SAUSA
7-7-06

**DEFENDANT INFORMATION** Phone

| Last Name | First Name | M.I. |
|---|---|---|
| MULLER | DON | |

DL State: AK

| ☒ Adult ☐ Juvenile | Sex ☒ Male ☐ Female | Hair | Eyes | Height | Weight |
|---|---|---|---|---|---|
| | | GR | BL | 5,11 | 135 |

**VEHICLE DESCRIPTION** VIN

| Tag No | State | Year | Make/Model | Color |
|---|---|---|---|---|
| — | — | — | — | — |

A ☑ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

$ ______ Forfeiture Amount
+ $25 Processing Fee

PAY THIS AMOUNT → $ NA Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 401 Courthouse Square Alexandria VA 22314

Date (mm/dd/yyyy): 06/16/2006
Time (hh:mm): 0900

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: Refused

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on March 20, 2006 while exercising my duties as a law enforcement officer in the Eastern District of Virginia: while Performing my duty [illegible] security at a protest at LBJ Grove Park Mr Muller, Don was Arrested for Failure to Obey a Lawful order when he Crossed the police barricade line

The foregoing statement is based upon:
☐ my personal observation ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 03/20/2006 Date (mm/dd/yyyy) — Officer's Signature: [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: 8/8/2006 Date (mm/dd/yyyy) — U.S. Magistrate Judge: [signature]

CVB Scan 4/3/2006 15 48 26